Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
H. Scott Leviant (SBN 200834)
  scott@setarehlaw.com
SETAREH LAW GROUP
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiff
NIKOLA LOVIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLA LOVIG, on behalf of himself, all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BEST BUY STORES, L.P., a Virginia limited partnership; MN BEST BUY CO., INC., a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants.* | Case No.: 3:18-cv-02807-JSC<br><br>Assigned For All Purposes To The Honorable Jacqueline Scott Corley, Courtroom F<br><br>**PLAINTIFF NIKOLA LOVIG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L. R. 3-15 AND F.R.C.P. 7.1** |

Pursuant to Local Rule 3-15 and Federal Rule of Civil Procedure 7.1, the undersigned certifies that no other persons or entities, other than the named Parties, are known to have any such interest in this action.

DATED: May 29, 2018                    SETAREH LAW GROUP

                                       */s/ Shaun Setareh*
                                       SHAUN SETAREH
                                       Attorneys for Plaintiff
                                       NIKOLA LOVIG

PLAINTIFF NIKOLA LOVIG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO
L. R. 3-15 AND F.R.C.P. 7.1