UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKOLA LOVIG,

        Plaintiff,

    v.

BEST BUY STORES LP, et al.,

        Defendants.

Case No. 18-cv-02807-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendants' motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: September 4, 2024

                /s/ Phyllis J. Hamilton
                PHYLLIS J. HAMILTON
                United States District Judge