UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA YNZUNZA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEST BUY STORES, L.P.,<br><br>    Defendant. | Case No.  25-cv-09117-TLT<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Lovig v. Best Buy Stores LP et al*, 4:18-cv-02807-PJH.

**IT IS SO ORDERED.**

Dated: October 30, 2025

_____
TRINA L. THOMPSON
United States District Judge